# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA LOPEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, et al., <br><br> Defendants. | CASE NO. CV 16-00098-AB-KS <br><br> **[Proposed] ORDER REGARDING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

## ORDER REGARDING STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED,** that the complaint of plaintiffs LISA LOPEZ, ZL, a minor by and through is Guardian ad Litem Lisa Lopez, IL, a minor by and through is Guardian ad Litem Lisa Lopez, and ARTURO LOPEZ ("Plaintiffs"), Case No. CV 16-00098-AB-KS is hereby dismissed in its entirety, with prejudice. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: September 19, 2017

_____
Honorable André Birotte Jr.
United States District Judge